THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ROCCA, | Case No. SACV13-01949 JLS (JPRx) |
| Plaintiff, | |
| vs. | **Order re: Joint Stipulation for Dismissal** |
| PNS STORES, INC. dba BIG LOTS #4386, et al, | |
| Defendants. | |
| _____ And Related Cross Action. _____/ | |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Michael Rocca; defendant/cross-defendant PNS Stores, Inc.; and defendants/cross-claimants North Los Altos Shopping Center; Mideb Nominees, Inc.; and Mitchell Lauford, Trustee of the Mitchell Lauford Trust dated 1/14/88,

IT IS HEREBY ORDERED that the complaint and cross-claim in the above-entitled action are dismissed with prejudice in their entirety.

Dated: April 04, 2014

JOSEPHINE L. STATON      /
United States District Judge